# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**NO. 03-08-00660-CV**

**In the Matter of M. D., Jr.**

**FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**NO. 60,460, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

M. D. appeared with counsel and, after being fully admonished by the trial court, voluntarily waived his right of appeal in this cause. *See* Tex. Fam. Code Ann. § 51.09 (West 2002). The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed

Filed:   January 22, 2009

Do Not Publish